Exhibits

4 thru ∅ (24 pages)



## Offender Authorization for Payment

Posting Document # _____     Date ___3-29-18___

Offender Name _Kendrick Jackson___     ID# _R47228___     Housing Unit _West cell 121_

Pay to _____

    Address _Menard Collection Center_____

    City, State, Zip _P.o. box 1000 Menard Il, 62259_____

The sum of _____ _93_ dollars and _10_ cents charged to my trust fund

account, for the purpose of _Making Copies of exhibits 21 Pages_____

☑ I hereby authorize payment of postage for the attached mail. . ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _Kendrick Jackson_____     ID# _R47228___

Witness Signature _____

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution:  Business Office, Offender
LL

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Exhibit A

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Disciplinary Report**

N2 6-48

Menard C.C.
Facility

Date: 11-28-17

**Type of Report:**
☑ Disciplinary   ☐ Investigative

Offender Name: Jackson, Kendrick   ID #: R47228

Observation Date: 11-28-17   Approximate Time: 740 ☐am/pm   Location: NU 8-25

Offense(s): DR 504: 202 Damage or misuse of property / 104 Dangerous contraband

Observation: (NOTE: Each offense identified above must be substantiated.) On the above date and approximate time, this RIO was conducting a routine shakedown of north uppers 8-25, where inmate Jackson Kendrick #R47228 resides During the shakedown, this RIO found 1 set of toe nail clippers altered into a sharp point and 1 set of stone with scratch marks used for sharpening, was found on Inmates Cherry Jones #B84910 Bunk Inmate Jackson, Kendrick and Inmate Cherry Jones was Identified by state ID and offender 360, Chain of Command notified

Witness(es): Brown  #6006

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| J. Line | 10654 | | 11/28/17 | 10:30 ☐am/pm |
|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

---

**Disciplinary Action:**

Shift Review: ☑ Temporary Confinement   ☐ Investigative Status   Reasons: Nature of offense

Lt. Foald Lt   Lt. Scott   11-28-17
Printed Name and Badge #    Shift Supervisor's Signature
                            (For Transition Centers, Chief Administrative Officer)   Date

Reviewing Officer's Decision: ☐ Confinement reviewed by Reviewing Officer   Comment: I concur

☑ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

Lt. Tapf 652   11-28-17
Print Reviewing Officer's Name and Badge #   Reviewing Officer's Signature   Date

☑ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only):   11/30

Print Hearing Investigator's Name and Badge #   Hearing Investigator's Signature   Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may request staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign   Kendrick Jackson   R47228
                                        Offender's Signature   ID#

J. Sears   13401   D. Sea
Serving Employee (Print Name)   Badge #   Signature

11-28-17   730 ☐am/pm
Date Served   Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature   ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report   Print offender's name   ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to:

Page _____ of _____

Printed on Recycled Paper



ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** December 19, 2017     **Date of Review:** January 4, 2018     **Grievance #** (optional): 324-12-17

**Offender:** Jackson, Kendrick          **ID#:** R47228

**Nature of Grievance:** Disciplinary Report dated 11/28/2017 issued by C/O J. Lipe for 104 Dangerous Contraband; 202 Damage or Misuse of Property - 201701830/1-MEN

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted a grievance dated 12/15/2017 regarding the above disciplinary report. Offender grieves that he was found guilty of contraband for sharpened nail clippers found in his cell during a routine shakedown. He states that they were not his and that they were his cellmate's.

Relief requested: Expunge IDR.

Grievance Office reviewed IDR, Ticket Summary, DR 504 procedures & contacted the Adjustment Committee and Investigations and Intelligence.

Per DR 504.80 Prior to the hearing, the offender may request that witnesses be interviewed. No request for witness received by Committee.

The Committee advised the hearing was in accordance with DR 504.80. Offender was permitted to make statements in his defense and offender pled not guilty as noted on the final summary.

According to the disciplinary report written by C/O J. Lipe, based on the observation of the reporting employee officer was shaking down inmate Jackson's cell and found one set of toe nail clippers altered into a sharp point and one set of stone with scratch marks used for sharpening. Inmate ID by offender 360 and state ID card.

104 charge of Dangerous contraband found guilty by the committee by possessing, manufacturing, introducing, selling, supplying to others or any object or instrument that is made to appear to be or could be used as a deadly or dangerous weapon or substance.

Committee finds inmate guilty based on information provided and accepts the written report to be factual account of the incident and is satisfied the violations occurred as reported.

Officer Brown witnessed the incident and stated IDR is correct as written.

Per DR 535.130 Security of Personal Property - Committed persons are responsible for their personal property which is in their possession or under their control, ie., on their person or in their cell, living or work area.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be DENIED.

BASED ON, THE NATURE OF THE CHARGES AND DISCIPLINARY HISTORY, THE SANCTIONS IMPOSED BY THE ADJUSTMENT COMMITTEE ARE FOUND TO BE CORRECT AS WRITTEN AND PROCESSED IN ACCORDANCE WITH DR 504. DISCIPLINARY ACTION SHALL REMAIN AS IMPOSED.

Kelly Pierce   -   Menard Correctional Center
Print Grievance Officer's Name                 Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** January 11, 2017     ☑ I concur     ☐ I do not concur     ☐ Remand

**Comments:**

Chief Administrative Officer's Signature                   1/11/18   Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature                    ID#                  Date

*Exhibit C*

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT



Name: JACKSON, KENDRICK          IDOC Number: R47228          Race: BLK

Hearing Date/Time: 12/5/2017   08:04 AM          MEN-N2-06-48          Orientation Status: N/A

Incident Number: 201701830/1 - MEN

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 11/28/2017 | 201701830/1-MEN | LIPE, JACOB L | MENARD CORRECTIONAL CENTER | 07:40 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 104 | Dangerous Contraband | Guilty |
| | *Comments:toel nail clippers sharpened to a point* | |
| 202 | Damage Or Misuse of Property | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|-----------|--------------|----------------|
| No Witness Requested | | | |

## RECORD OF PROCEEDINGS
Inmate pled not guilty

## BASIS FOR DECISION
Based on the observation of the reporting employee officer was shaking down inmate Jackson's cell and found one set of toe nail clippers altered into a sharp point and one set of stone with scratch marks used for sharpening.  Inmate ID by offender 360 and state ID card.
104 charge of Dangerous contraband found guilty by the committee by possessing, manufacturing, introducing, selling, supplying to others or any object or instrument that is made to appear to be or could be used as a deadly or dangerous weapon or substance.
Committee finds inmate guilty based on information provided and accepts the written report to be factual account of the incident and is satisfied the violations occurred as reported.
Officer Brown  witnessed the incident and stated IDR is correct as written.

## DISCIPLINARY ACTION   *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 6 Months C Grade | 6 Months C Grade |
| 6 Months Segregation | 6 Months Segregation |
| 6 Months Commissary Restriction | 6 Months Commissary Restriction |

Basis for Disciplinenature of offesne

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|-|-----------|------|------|
| BROOKMAN, KENT E  - Chair Person | | 12/05/17 | WHI |
| HART, JASON N | | 12/05/17 | BLK |

Recommended Action Approved

---

**Final Comments:** N/A

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

Name:  JACKSON, KENDRICK        IDOC Number: R47228        Race: BLK

Hearing Date/Time: 12/5/2017  08:04 AM        Living Unit: MEN-N2-06-48        Orientation Status: N/A

Incident Number:  201701830/1 - MEN        Status: Final

---

JACQUELINE A LASHBROOK / JAL  12/7/2017                                    12/07/17

Chief Administrative Officer                Signature                Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

YVETTE BAKER                                12/19/2017        01:00 PM

Employee Serving Copy to Committed Person        When Served  - - Date and Time

EXHIBIT D

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

| | | |
|---|---|---|
| Date: 12-15-17 | Offender: (Please Print) Hendrick Jackson | ID#: R47228 |
| Present Facility: Northe Cell 648 | Facility where grievance issue occurred: North 1 uppers cell-825 | |

RECEIVE
324-12-17
DEC 18 2017

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☒ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify):

☒ Disciplinary Report: 11/23/17    North 1-uppers cell 825
     Date of Report      Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

To Grievance officer on 11-28-17 at approximately 7:40 pm at North 1 uppers cell 825. my celly and i was having our cell shook down during the routine shakedown the officers J. Lipe and officer Brown badge 6086 found a pair of altered nail clippers used for sharping on my cells bunk. Officer J. Lipe badge 10654 and officer Brown badge 6086 did not find any contraband on my nor under my bunk. after the shakedown was finished my celly and i was both told to pack up our stuff by the Lieutenant or major im not really sure what position of authority he was but he was a white shirt.

**Relief Requested:**

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

     Offender's Signature      ID#      Date
     [Continue on reverse side if necessary]

---

**Counselor's Response** (If applicable)

Date Received:    /    /      ☒ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response:

     Print Counselor's Name      Counselor's Signature      Date of Response

---

**EMERGENCY REVIEW**

Date Received:    /    /      Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance.
     ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

     Chief Administrative Officer's Signature      Date

DEPARTMENT OF CORRECTIONS
OFFENDER GRIEVANCE (Continued)



He told my celly and I that we were going to seg. I was shocked and couldn't understand why we would be doin to # Seg at that time. I asked our gallery officer Watt who was we going to Seg and he said that he really didn't know. So they took me and my celly to Seg that night. I didn't Find out why we were in Seg until a couple day later when I recieved my ticket from the officer. I went to see the Adjustment committee about seven days later and I told them that the contraband did not belong to me and that the Contraband was found on my celly's bunk. I told the Adjustment committee that I had absolutely nothing to do with that contraband that was found on my celly's bunk. So the Adjustment committee told me that IF my celly take his weight then they would release me. So im assuming that my celly never took his weight because im still here, and my Seg out date is 5-28-18 and i dont believe that is fair. I have been a model inmate for fifteen years and I try to follow the rules the best way that I can. I dont believe that i should be punished for some body else actions, you can check on my history/back wards and you will see that i dont break rules or cause problems. Instead of just punishing my celly they punished us both and im innocent i had nothing to do with the contraband that was found. I pray and hope that these charges and this ticket shall be terminated and the report shall be expunged from my record file. Please get me out of Seg. I haven't been back here for 20 days now and i did absolutely nothing wrong to be here. This is my first time in Seg ever and i hate it. I believe that i have suffered enough. My food was destroyed. I was expecting a visit now i cant have no visit yet. i cant get any sleep because of all the noise and it's hard to get anything done back here. It's hard to get the things you need because the officers dont care to help you out. If you dont let me out at least give me a big seg time cut please. im begging you. I dont wanna be back here until may. i dont deserve that. If you look at the copy of the ticket it will tell you that the contraband Iwas found on my cellys bunk. i still dont understand why they took both of us to seg. Was i suppose to know what was on my celly bunk how could i have known. the only thing i had on my bunk was some playing cards, a mirror, a watch, and some bible scriptures that i pass out everyday. i haven't been able to talk to my family for 20 days and christmas is comin up. i dont want to spend christmas and New years in seg for something i didnt do. once again you can ask officer J.Lipe badge 10654 and officer Brown badge 6008. and they can tell you where they found the contraband. i've got a pair of fingernail clippers in my property box so i had no need for a Altered pair of nail clipers. So Please terminate these charges and expunge the report from my file. Please follow as soon as possible or give me a Seg time cut. thank You For Your time. And God bless you. my appeal.



Bruce Rauner
Governor

John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

January 30, 2018

Kendrick Jackson
Register No. R47228
Menard Correctional Center

$Exh.b^{it} E$

Dear Mr. Jackson:

This is in response to your grievance received on January 22, 2018, regarding a disciplinary report dated November 28, 2017, which was alleged to have occurred at Menard Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed Offender Jackson's December 15, 2017 grievance regarding the above issued report.

The Grievance Officer's Report (324-12-17) and subsequent recommendation dated January 4, 2018 and approval by the Chief Administrative Officer on January 11, 2018 have been reviewed.

This office reviewed the report, along with the final Adjustment Committee Summary (201701830/1-MEN).

Based on a total review of all available information and a compliance check of the procedural due process safeguards outlined in DR504, this office recommends the grievance be affirmed. Due to non-compliance with DR 504.30 (unsubstantiated charges), the above issued report/summary is to be expunged from Offender Jackson's Masterfile.

FOR THE BOARD: _Sherry Benton_

Sherry Benton
Administrative Review Board
Office of Inmate Issues

I concur. Warden is to ensure the above cited report/summary is expunged.

_John R. Baldwin_

John R. Baldwin
Acting Director

cc: Warden, Menard Correctional Center
Record Office, Menard Correctional Center
Adj. Comm., Menard Correctional Center
Kendrick Jackson, Register No. R47228

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

Exhibit F

## LEGAL MAIL RECEIPT

### MENARD CORRECTIONAL CENTER, MENARD, IL 62259

RESIDENT: _Jackson_     REGISTER NO.: _R47228_     LOCATION: _NII 6-18_

FROM MAIL OFFICE     DATE: _2-13-2016_

LEGAL MAIL FROM: _IDOC Admin. Review Board_
_1301 Concordia Court_
_P.O. Box 19277_
_Springfield_

SIGNATURES:

_J. Miles_
OFFICER HANDING OUT LEGAL MAIL     DATE: _2/13/2016_

_[signature]_
INMATE RECEIVING LEGAL MAIL     DATE: _2/13/2016_

PLEASE RETURN THIS FORM TO THE MAIL OFFICE. THANK YOU.

IL 429-8298
DCA-18174



Exhibit G

PAGE_____ OF_____

## RELINQUISHING OF PERSONAL PROPERTY
### MENARD CORRECTION CENTER

DATE: _____      PACKAGE # _____

INMATES NAME: _____      NUMBER: _____

The following items are to either be mailed home, destroyed, or sent out on a visit.  The inmate is to check the appropriate line beside each item.

| ITEM DESCRIPTION | MAIL | DESTROY | VISIT | ITEM DESCRIPTION | MAIL | DESTROY | VISIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

I, RESIDENT, _____, NUMBER: _____ WISH TO DISPOSE OF THE ABOVE LISTED ITEMS BY CHECKING (MAIL), (DESTROY), OR (VISIT).  I UNDERSTAND THAT ALL ITEMS MUST BE MAILED HOME, DESTROYED OR SENT OUT ON A VISIT WITHIN *30 DAYS* OR ELSE WILL BE DISPOSED OF.  I UNDERSTAND THAT I AM RESPONSIBLE FOR POSTAGE ON PACKAGES THAT ARE RETURNED AND/OR NOT ACCEPTED.

VISIT MUST BE HERE BY _____ OR ITEMS WILL BE DESTROYED!

WITNESSED BY: _____

Name and address of items being mailed:          Name of Inmates' Visitor:_____
Name:_____
Address:_____                          Name of Visiting Officer:_____
_____                                        OR
_____                                  Name of Electric Eye Officer:_____

Inventoried and packed by_____          Date packed:_____

Inspected by:_____                      Sealed #: _____  Date:_____
I PLAN TO FILE A GRIEVANCE CONCERNING THE ABOVE LISTED PERSONAL PROPERTY ITEMS.  I AM AWARE THAT IF THIS ISN'T DONE IN WRITING BY _____ THESE ITEMS WILL BE DISPOSED OF!

Residents name: _____      Number: _____      Date: _____
*IL 426-8967 (REVISED JAN 2000)   DCA-16054*      "A"

2-20-18    Menard   Warden Lashbook

Exhibit H

Kendrick Jackson R47228
North 2 Cell 648

FEB 22
RECEIVED
FEB 21 2018
BY: WD

2EXD 2.18 (3)

I dont know what's going on with the expungement of my summary and report that you were to ensure by the order of Springfield, im still in seg right now and i dont know what else im suppose to do did Sherry Benton from the board and John R Baldwin the acting director get in touch with you about my expungement, i still got the letter in my cell from Springfield that i received on the 13th of this month, today is the 20th of February and the issue hasn't been resolved yet, can you please come to my cell and talk to me so i can explain my situation to you, im depressed and stressed out over this situation, the office of Springfield said that you were to ensure that the report and summary was to be expunged from my masterfile records, i dont know if you did it or not because im still in seg when i should be in population right now, i wrote Springfield again so that i can find out what the problem is, plus i told my family to call you and Springfield so that the issue would get fixed, if i end up doing the whole months then i will have no choice but to file a lawsuit, i got my freedom papers as proof so im going asia for a hundred dollars for each day that i spent back here, plus Pain and suffering and         cruel and unusual punishment, I need out of seg A.S.A.P.

Exhibit I

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

W121

| Date: 3-2-2018 | Offender: (Please Print) Hendricka Jackson | ID#: R47228 |
| Present Facility: Easthouse Cell 804 | Facility where grievance issue occurred: East cell house Cell 804 |

**NATURE OF GRIEVANCE:**

76.3.18

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ ADA Disability Accommodation |
| ☐ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☑ Other (specify): warden and placement |

☐ Disciplinary Report: _____ / _____ / _____
                        Date of Report                    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I was released from segregation on the 21st of February and sent to the east cell house my aggression level is a 5 low and I shouldn't be in a high aggression cell house. Springfield threw out my ticket on the 30th of January. I received a letter from Springfield on the 13th of February informing me that my ticket had been expunged. I ended up spending eight more unnecessary days in seg until I finally got out on the 21st of February. I don't understand why I was placed in the east cell house when I have a low aggression level. the warden and placement are responsible for where I'm placed if I were to do something to somebody or if somebody does something to me then the warden and placement will be held responsible. I was cleared of all charges by Springfield, so why am I still being punished. the east cell house is on lockdown right now

**Relief Requested:** _____

_____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____        _____        ___/___/___
    Offender's Signature                        ID#                    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

Date Received: 3 / 6 / 2018    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-6277

**Response:** Cell placement is based on the safety and security of the institution and is an administrative decision.

R Valleroy CCII          R Vox CCII          3 / 7 / 2018
   Print Counselor's Name                    Counselor's Signature                    Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?    ☐ Yes: expedite emergency grievance
                                                                                  ☐ No; an emergency is not substantiated.
                                                                                     Offender should submit this grievance
                                                                                     in the normal manner.

_____        ___/___/___
Chief Administrative Officer's Signature                    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

and i cant get any legal work done or make any phone calls. i didnt do anything to desire to be in the east house. i dont bother nobody and i dont have a disciplinary history at all. i wrote the major, the Lieutenant and the counselor. i even wrote a request to placement to get me to the South Lowers or to North uppers. i feel that im being retaliated against by the warden. i shoud have never been in seg in the First place and Springfield agreed with me. Now that i beat my ticket it feels like im being retaliated against. i dont bother people. i try to stay the hell out the way but things still keep happening to me in this place. right now im stuck on lockdown with the rest of the cell house. i didnt do anything wrong to still be on lockdown nor did i do anything to be in the east cell house. i dont understand why the warden or placement didnt put me back in North uppers or the South Lowers. this is a high agression cell house and i dont have a high agression. i would like to be moved out of this cell house soon as possible. this is a depression cell house and i believe that i was put in this cell house to be punished. this is cruel and unusual punishment for no important reason. i alredy did 86 days in Seg for something that i didnt do and if it wasnt for springfield, i would still be in seg until May 23th. So can i have someone answer my grievance and get me to the South Lowers or to North uppers. im 41 years old and i dont cause any problems or bother anyone you can check my background. i just want to be treated fairly as possible without being retaliated against. i dont want to have to watch my every move around staff members in this prison. the warden and placement are suppose to look out for my best intrest so please get me back to the North uppers or the South Lowers since my agression level is a 5 level please answer my grievance soon as possible. thank you for your time, and i hope that you will agree with me on this matter. im frustrated and depressed about being in this cell house. i feel like im still being punished for something that i didnt do. im not able to use the phone right now due to the cell house being on lockdown. i need to do legal work but i cant get to the law library due to the lockdown in this cell house. please get me out of this cell house soon as possible. i shouldnt be here in this high agression cell house. i pray that after this grievance is read that action will be taken place to have me moved to the south house or to North uppers. God bless !

Exhibit J

# ILLINOIS DEPARTMENT OF CORRECTIONS
## SEGREGATION ALLOWABLE PROPERTY RECEIPT
## Menard Correctional Center

Inmate Name: _____  ID Number: _____  Date: _____

Property Box # _____  Correspondence Box #: _____

### Personal Hygiene

*Bottled cosmetics not to exceed 4 oz.

| | | | | | |
|---|---|---|---|---|---|
| | 2 | Acne Treatment – 1 oz. tube | _____ | 1 | Hair Pick (flexible plastic, no Handle, small size only) |
| 1 | 2 | Aftershave | | | |
| | 2 | Antacid | _____ | 1 | Hairbrush (military, no handle, no wood or plastic) |
| 1 | 4 | Bar Soap | | | |
| | 2 | Chap Stick | _____ | 2 | Lotion (no alcohol) |
| | 2 | Cocoa Butter Stick | | 2 | Medication |
| | 2 | Cold/Allergy Medication | | 2 | Mouthwash |
| | 2 | Cough Drop (bag) | | 2 | Ointment |
| | 1 | Dental Floss | _____ | 1 | Q-Tips/Cotton Swabs (small box) |
| | 1 | Denture Cleanser Tablets (box) | | | |
| 1 | 1 | Denture Cup (clear plastic) | | 2 | Shampoo |
| | 2 | Denture Grip/Adhesive | _____ | 1 | Skin Cream |
| | 2 | Dentures | _____ | 1 | Soap Dish |
| 1 | 2 | Deodorant/Antiperspirant (no alcohol) | _____ | 2 | Sunscreen |
| | | | _____ | 1 | Toothbrush (no handle) |
| | 2 | Ear Drops | | 2 | Toothpaste (non-alcohol, clear tube) |
| | 2 | Eye Drops | | | |
| | 1 | Hair/Afro Comb (no handle, 4" max) | _____ | 1 | Tylenol/Non-Aspirin Pain (24 max) |
| | 2 | Hair Conditioner | _____ | 1 | Vitamins (bottle/100 max) |
| | 2 | Hair Dressing | | | |

### Clothing – State Issue & Personal

*Segregation inmates will be issued One (1) Tan Jumpsuit

| | | | | | |
|---|---|---|---|---|---|
| 1 | 1 | Ball Cap (navy) | _____ | 1 | Thermal Underwear Set (white) |
| 1 | 1 | Gym Shoes /State Boots | _____ | 2 | Towels (white) |
| | 1 | Laundry Bag (small, white) | | 3 | Underwear |
| | 1 | Sock Hat/Skull Cap (blue) | _____ | 2 | Washcloths (white) |
| | 6 | Sock Pairs (white) | | 3 | T-Shirts (white) |

### Electronics

| | | | | | |
|---|---|---|---|---|---|
| 1 | 1 | Audio Jack | _____ | 1 | Razor (Electric/Battery, no trimmers) |
| | 1 | Cable Connector | | | Brand _____ |
| | 1 | Cable Splitter | _____ | 1 | Television |
| 1 | 1 | Earplug/Earphone | | | Brand _____ |
| 1 | 1 | Fan | | | Model _____ |
| 1 | 1 | Headphones (permit only) | | | S/N _____ |
| | 1 | Headphone Extension | | | |
| 1 | 1 | Radio | _____ | 1 | Walkman/MP3 |

Privilege restored and equipment returned on:   Date: _____

Offender Signature: _____  Date: _____

Property Officer Signature: _____  Date: _____

### Religious Materials

| | | | | | |
|---|---|---|---|---|---|
| | 1 | Prayer Rug (_____) | | 2 | Rosary Beads (black/brown/white) |
| | 1 | Religious Medallion 2" max | | | |

### Reading / Legal / Photos

*Inmates are allowed a combination of 25 approved publications, including Bible, Quran, Dictionary, Magazines, & Soft Cover Books

| | | |
|---|---|---|
| 1 | 1 | Bible |
| | | Books |
| 1 | 1 | Dictionary |
| | | Law Books |
| | | Legal Papers |
| | | Legal Tablet |
| | | Legal Transcripts |
| | | Letters/Mail |
| | | Magazines |
| | | Newspapers |
| | | Personal Papers |
| | 1 | Photo Album |
| | | Photos |
| | 1 | Quran |

### Stationary / Writing Supplies

| | |
|---|---|
| 1 | Address Book (pocket size) |
| 1 | Calendar |
| 20 | Envelopes (blank) |
| 1 | Flex Pens |
| 6 | Legal Envelopes |
| 2 | Notebook Paper (200 ct., 8 ½" x 11") |
| 30 | Write-Outs |

### Games

| | |
|---|---|
| 1 | Checker Set (plastic only) |
| 1 | Checkerboard (cardboard) |
| 1 | Chess Set (small, plastic only) |
| 1 | Dominos (wood only) |
| 1 | Playing Cards (deck) |

### Jewelry / Watches / Eyeglasses

| | |
|---|---|
| 2 | Eyeglass Case |
| 2 | Prescription Eyeglasses |
| 1 | Watch – (plain/Commissary) Brand _____ |
| 1 | Wedding Band (plain, no stones/engraving/etching) |

### Miscellaneous

_____

I agree that any and all repairs to these boxes will be made at my expense. I certify that the Personal Property sheets I am signing contain a true and complete listing of my personal property. I understand that the remainder of my property which is not authorized in segregation will be placed into storage and returned to me upon my release from segregation.

Inmate Signature: _____  ID#: XR47336  Date: _____

Inventory Prepared by: _____  Date: _____

Staff Witness to Inmate Receipt: _____  Date: _____

Segregation Storage Property Items have been returned to the offender on:   Date: _____

Property Officer Signature: _____  ID#: _____  Date: _____

Offender Signature: _____  Date: _____

*Printed on Recycled Paper*

MEN 0081 (Eff. 11/2015)

Exhibit K

## ILLINOIS DEPARTMENT OF CORRECTIONS
## GENERAL POPULATION PROPERTY INVENTORY

Total of 12 of the following 4 products:
- _____ Beef Stew – Foiled Package
- _____ Chili – With or Without Beans
- _____ Lasagna
- _____ Sloppy Joe Sauce with Beef
- 4 Bag o Noodles
- 4 BBQ Beef
- 8 Beans/Refried Beans and Rice variety
- 4 Beef Summer Sausage
- 4 Boneless Roast Beef
- 4 Boneless Turkey
- 24 Catsup – Individual Packs
- 1 Cereal – 22oz. or smaller
- 2 Cheese – or 2 pack of 10, no squeeze bottles
- 4 Chicken – with or w/out Gravy
- 4 Chunk White Chicken and Broth
- 2 Flour Tortilla Packages
- 12 Hot Sauce – Individual Packs
- 12 Mayonnaise – Individual Packs
- 4 Boneless Ham 8oz.
- 1 Oatmeal – Variety Pack of 10 –12
- 1 Peanut Butter – or 20 packets
- 2 Pepperoni Slices
- 24 Ramen Noodles/Oodles of Noodles
- 4 Rice – Clear Packages
- 8 Sardines/Mackerel/Baby Clams/Fish Steaks/Salmon Flakes – Foil Packages
- 4 Sausage & Cheese
- 4 Smoked Oyster/Shrimp
- 4 Soup
- 12 Soy Sauce – Individual Packets
- 100 Sweetener – Non-Sugar, Individual Packs
- 8 Tuna
- 2 Vienna Sausage

### Snack Items
- 2 Crackers – 20oz. Box
- 2 Cookies – 20oz. Box
- 2 Cakes – Boxes or 10 Individual Packs
- 2 Donuts – Boxes or 10 Individual Packs
- 2 Bagged Candy
- 6 Candy Bars
- 6 Sugar Free Candy
- 2 Deli Beef Sticks
- 2 Beef Jerky
- 6 Chips, Popcorn, Pretzels, etc. – 14 oz.
- 2 Shelled Nuts

### Religious Materials
- 1 Prayer Rug
- 1 Religious Headgear – Fez – Maroon, Kufi & Yarmulke - Black, Brown, White
- 1 Religious Symbol – medallion not to exceed 2"
- 2 Rosary Beads – Black, Brown, White

- 1 Adapter – mono to stereo – AD530
- 1 AM/FM Cassette Player/ Walkman –
- 1 Batteries – Watch/ Radio – # needed for electronics
- 1 Cable Coupler – F81
- 1 Cable Splitter
- 1 Calculator – Clear, Pocket Sized
- 1 Coax Cable – less than 6'
- 1 Clip-on Light w/Standard 30 Watt Bulb
- 1 Earplug/Earphone
- 1 Electric Razor & Cord
- 1 Extension Cord – less than 6'
- 1 Extension for Ear bud – less than 6'
- 1 Fan – Clear 8"
- 1 Replacement Head for Razor
- 1 Television
- 1 Watch – Plain, Clear
- 1 Trimmer – Clear
- 18 Cassettes – Clear, No Screws

### Beverages
- 12 Bottled Water – Small
- 2 Coffee – Individual Packs of 15
- 1 Hot Chocolate – or Individual packs of 8 – 10
- 1 Powdered Fruit Drink – Plastic, Sugar Free
- 12 Soda – 20 oz. or less, Plastic
- 6 Sugar Free Drink Concentrate – Foil
- 12 Gatorade / Powerade – 16 or 20 oz. Bottle
- 1 Tea – 15 oz Container or 10 oz. Bag

### Miscellaneous
- 2 Arch Supports – with Permit
- 3 Assorted Games – No Dice/Play Money
- 1 Blanket – White / Grey Only
- 1 Bowl – 24oz. without Lid
- 1 Coffee Mug/Tumbler – non-insulated
- 1 Drinking Cup
- 1 Laundry Bag – Small, White Mesh
- 1 Playing Card/Pinochle Deck
- 1 Racquet Ball/Hand Ball

### Additional
- 1 Reading Glasses/Glasses Case
- _____ Blister Pack Meds
- _____ Prescription Meds
- _____ Prescription Glasses/Glasses Case
- _____ Loose Photos

I hereby certify that the personal property sheets I am signing contain a true and complete listing of all of my personal property. By signing this form I am agreeing that I have received all listed property at this time.  I agree that any and all repairs to listed box(es) will be made at my expense.

Inmate Signature: _____ ID#: _____ Date: _____

Inventory Prepared by: _____ Date: _____

Staff Witness to Inmate Receipt: _____ Date: _____

*Printed on Recycled Paper*

Exhibit L



# State of Illinois - Department of Corrections
## Counseling Summary



| | | | |
|---|---|---|---|
| **IDOC #** | R47228 | **Counseling Date** | 12/13/17 10:13:55:280 |
| **Offender Name** | JACKSON, KENDRICK | **Type** | Collateral |
| **Current Admit Date** | 10/04/2005 | **Method** | Other |
| **MSR Date** | | **Location** | MEN ASSISTANT WARDEN OF PROGRAM |
| **HSE/GAL/CELL** | N2-06-48 | **Staff** ▓▓▓▓ Office Assistant | |

Clinical Services received Grievance #218-12-17 regarding Staff Conduct, dated 12/10/2017.



Exhibit M

# State of Illinois - Department of Corrections
## Counseling Summary

N2 6·48

| | | | |
|---|---|---|---|
| **IDOC #** | R47228 | **Counseling Date** | 02/14/18 08:32:20:950 |
| **Offender Name** | JACKSON, KENDRICK | **Type** | Collateral |
| **Current Admit Date** | 10/04/2005 | **Method** | Other |
| **MSR Date** | | **Location** | MEN ASSISTANT WARDEN OF PROGRAM |
| **HSE/GAL/CELL** | N2-06-48 | **Staff** | QUICK, SARA A., Correctional Officer |

Grievance Officer received grievance # 218-12-17 ( 2nd Review) for personal property, dated 12-10-17.

*Exhibit N*

*E 884*

FEB 22

143

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| 2-18-18 | Offender: (Please Print) Kendrick Jackson | ID#: R47228 |

| ent Facility: North 2 Cell 648 | Facility where grievance Issue occurred: North L uppers cell 885 |

280.2.18 (1)

**TURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): *expungement*

- [ ] Disciplinary Report: 11 128 17     North L uppers cell 885
  Date of Report            Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

mplete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

mmary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
each person involved):

I received a letter from springfield regarding my Grievance that i turned in about my
disciplinary reports, the office of springfield informed me that my Grievance was affirmed,
springfield also informed me that the disciplinary report and summary was to be expunged
from my masterfile reords, the warden was to ensure that the expungement was
done so that i could get out of Seg, im still in Seg right now but i should be
back in population since my charges was expunged. i received the letter from
springfield on the 13 of February and today is the 18th of February, i dont know
what to do i wrote the warden 3 times, this is my 3rd emergency Grievance, i
wrote the Lieutenant, major, sergeant, mental health clinical services, the record office and my

ief Requested: I'm being held in Seg after springfield sent me a letter informing me that
my ticket and the charges had been expunged. i should be back in population but
im still in Seg for some strange reason, i need some answers soon as possible.

[✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Kendrick Jackson | R47228 | 2 18 18 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

te eceived: ____ / ____ / ____     [ ] Send directly to Grievance Officer     [ ] Outside jurisdiction of this facility. Send to
                                                                                        Administrative Review Board, P.O. Box 19277,
                                                                                        Springfield, IL 62794-9277

esponse: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| MOO9 | **EMERGENCY REVIEW** | E62 #1 |

| ate eceived: 2 / 26 / 18 | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [✓] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

| J. | | 2 26 18 |
| Chief Administrative Officer's Signature | | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

counseler, im still being labeled as a weapons Violater and im still in c-grade when i should be in A-Grade, the weapons Violater title should be expunged from my records master file since i was cleared of the charges, the two charges i was facein, was 104 Dangerous contraband, 202 Damage or misuse of property and both charges was expunged by Springfield. So i need the warden as soon as possible, i have been in other emplaces to help me get out of Seg i didn't do; im already stressed out Seg now for 83 days for something that i didn't do, im already stressed out i cant really sleep at night and i havent been able to talk to my family because of this situation, i have suffered enough so please fix the problem so that i can go back to populated soon as possible. i need the warden to ensure that the report and summary are expunged from my master file records, thats the only reason i can come up with that im still been held in Seg, Sherry Benton for the board at springfield and John R Baldwin the acting Director signed off on my expungements, can somebody please answer my emergency Grievance and complaints, i just want to be treated fair, im 41 years old and i dont cause problems or get into trouble, i have been incarcerated for 18 years with a clean record until this situation happened, i feel like im about to go crazy and lock up in this place, i cant talk to much more of these problems, noone wants to help me, its hard to get anyone to do something for you while your in Seg. So please answer my emergency Grievance and correct the problem for me, i should be back in population in A-grade, the weapons violater title should be taken off my I.D. and expunged from my master file records, my agression level should not be at a 13 Low, it should be back at a 5 Low where it was before this situation happened, you can call springfield yourself and they will tell you that the letter they sent me is true and accurate, i never received two tickets, i only received one ticket with two charges, and both charges was expunged by springfield on the 30th of January, i want all my regular privileges back since the report and summary is to be expunged, i gotta write springfield as well so i can get some answer from somebody, im not sure if the warden has received the same letter that the office of springfield sent me, if not you can call springfield and check for yourself, can you send someone to my cell so that i can talk to them and explain my situation, a Lieutenant, a Sergeant, a major or the warden, i need someone to listen and hear me out so i can get some answers to the problem, the letter that springfield sent me clearly states that, Based on a total review of all available information and a compliance check of the procedural due process safeguards outlined in DR504, this office recommends the grievance be affirmed. Due to non-compliance with DR504, as (un)substantiated charges), the above issued report and summary is to be expunged from offender Jackson's masterfile, thats exactly what the letter said about my Grievance, and report and summary i need to get out of Seg soon as possible so that i can call my wife and daughter, i haven't heard from them in a while and im really concerned about them, i cant call my family in seg i should be back in population soon as possible, please fix the problem for me so that i can get out of Seg soon as possible, the 104 Dangerous contraband and the 202 Damage or misuse of property was expunged with the summary and report from my masterfile records, thank you for your time and help too.

Page 2

DOC 0046 (8/2012)

Inmate Id: R47228

Name: JACKSON, KENDRICK

Chair Code: SAJO

Grv Type: L

Grv Code: DR

Receive Date: 01/22/2018

Hearing Date: 00/00/0000

Mailing Date: 00/00/0000

Grv Loc: MENARD CC

Hearing Loc: MENARD CC

Ret Form Ind:

Modify Ind:

Deny Ind:

Favorable Ind:

Deferred Ind:

Moot Ind:

Grievance Number: 324-12-17

Incident Number: 201701830

Incident Date: 11/28/2017

Incident Inst: MENARD CC

Date Receipted: 01/25/2018

exhibit O

Comments: GRV #324-12-17. INC #201701830. DR 11-28-17. GRVS TO HAVE DR EXPUNGED



Bruce Rauner
Governor

John Baldwin
Acting Director



Exhibit P

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

Date

Kendrick Jackson
R47228
N2:06:48

Mr. Jackson

    Due to not being on the mental health caseload, in order to receive a seg cut, you must contact clinical services.

Sincerely,

S. Huey BHT

CC: Offender Medical File

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Exhibit Q

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

| | | |
|---|---|---|
| Name: JACKSON, KENDRICK | IDOC Number: R47228 U121 | Race: BLK |
| Hearing Date/Time: 12/5/2017 08:04 AM | Living Unit: MEN-E-08-04 | Orientation Status: N/A |
| Incident Number: 201701830/2 - MEN | Status: Expunged Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 11/28/2017 | 201701830/1-MEN | LIPE, JACOB L | MENARD CORRECTIONAL CENTER | 07:40 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 104 | Dangerous Contraband | |
| | Comments:toel nail clippers sharpened to a point | |
| 202 | Damage Or Misuse of Property | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
Inmate pled not guilty
*Expunge per ARB grievance report (324-12-17) due to non-compliance with DR 504.30 unsubstantiated charges.

## BASIS FOR DECISION
Based on the observation of the reporting employee officer was shaking down inmate Jackson's cell and found one set of toe nail clippers altered into a sharp point and one set of stone with scratch marks used for sharpening. Inmate ID by offender 360 and state ID card.
104 charge of Dangerous contraband found guilty by the committee by possessing, manufacturing, introducing, selling, supplying to others or any object or instrument that is made to appear to be or could be used as a deadly or dangerous weapon or substance.
Committee finds inmate guilty based on information provided and accepts the written report to be factual account of the incident and is satisfied the violations occurred as reported.
Officer Brown witnessed the incident and stated IDR is correct as written.

## DISCIPLINARY ACTION    *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| | — E X P U N G E D — |

**Basis for Discipline:**

## Signatures
**Hearing Committee**

| | | | |
|---|---|---|---|
| BROOKMAN, KENT E  - Chair Person | *Signature* | 12/05/17 | WHI |
| | Signature | Date | Race |
| HART, JASON N | *Signature* | 12/05/17 | BLK |
| | Signature | Date | Race |
| Recommended Action Approved | | | |

**Final Comments:** N/A

# STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Name: JACKSON, KENDRICK            IDOC Number: R47228            Race: BLK

aring Date/Time: 12/5/2017   08:04 AM        Living Unit: MEN-E-08-04        Orientation Status: N/A

cident Number: 2017C1830/2 - MEN        Status: Expunged Final

---

ACQUELINE A LASHBROOK / JAL  2/25/2018                                     02/25/18
      Chief Administrative Officer                    Signature                    Date

e committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

Employee Serving Copy to Committed Person                    3/9/18
                                                                When Served -- Date and Time

RECEIVED
DEC 13 2017

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Exhibit R

| Date: 12-10-17 | Offender: (Please Print) Kendrick Jackson | ID#: R47228 |
|---|---|---|

| Present Facility: North 2 Cell 648 | Facility where grievance issue occurred: North 1 uppers Cell 925 |
|---|---|

218-12-17 #1

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☑ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify): _____

☐ Disciplinary Report: 11 / 28 / 17     North 1 uppers Cell 925
                        Date of Report              Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved): J. Lipe Badge 16654   Officer Brown Badge 6006

On the date of 11-28-17 Approximate time 7:40 p.m. Officer Brown
badge 6006 and J. Lipe badge 16654 were conducting a Routine
Shakedown and during the Shakedown my mp3 player screen was
cracked by accident by one of the Shakedown officers, they
took my name and I.D number down, and the officers said that they
were gonna report it so that if it could probly get fixed but my
mp3 player has not been fixed yet I don't have that kind of
money to throw away. So please can somebody have my M.p.3 player
screen fixed i would gladly appreciate it, God bless you. continue on back

Relief Requested: _____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    _____    _____
Offender's Signature              ID#           Date

(Continue on reverse side if necessary)          **RECEIVED**

| **Counselor's Response** (if applicable) | FEB 14 2018 |
|---|---|

Date Received: 12 / 27 / 17   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to
                                                                         Administrative Review Board, P.O. Box 19277,
                                                                         Springfield, IL 62794-9277

Response: Per Property offender received and signed for his
Property on 12/27/17 with the knowledge that the mp3 was broken. Further
I also pulled ___ the Inventory sheet and it showed he Unable to
verify who or how it (mp3) player was broken/Scratched knew it came to him
that way.

M.N. Pile C/F2            M_____ R4F2   1 / 24 / 18
Print Counselor's Name        Counselor's Signature      Date of Response

| **EMERGENCY REVIEW** |
|---|

Date Received: ___ / ___ / ___   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                                                     ☐ No; an emergency is not substantiated.
                                                                                     Offender should submit this grievance
                                                                                     in the normal manner.

_____                              _____
Chief Administrative Officer's Signature                  Date

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

im in Seg right now and there's not to much of nothing i can do
about it right now but write a Grievance about it. im not sure
of all the other officers names that should down that night but
our gallery officer name wall was working that night he should know
about it. Please get back with me soon thank you and God bless.

To North 2 Counselor:

Exhibit S

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 2-13-18 | Offender: (Please Print) Kendrick Jackson | ID#: R47228 |
|---|---|---|
| Present Facility: North 2 Cell 648 | Facility where grievance Issue occurred: North 1 uppers Cell 825 | |

NATURE OF GRIEVANCE:                                    218.12.1(7 (x2) #2

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☐ ADA Disability Accommodation
- ☒ Staff Conduct
- ☐ Dietary
- ☒ Medical Treatment
- ☐ HIPAA
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Other (specify): Broke M.P.3 screen

☐ Disciplinary Report: 11 / 28 / 17    North 1 uppers Cell 825
                          Date of Report                    Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I wanted to appeal the decision of the counselor, my grievance was denied by the counselor on 1-24-18 for my cracked M.P.3 screen. the officer J. Life badge 10654 and officer brown badge 6016 was conducting a routine shakedown on the date of 11-28-17 in north 1 uppers cell 825. during the shakedown one of the officers accidently cracked my M.P.3 player screen. I asked the officers about it and the responded by telling me that they didn't do it on purpose. the officers took down my name and number and said that they would try to send it in to get fixed. but i never heard anything else about it since i've been

Relief Requested: I would like to request a relief due to the fact that my grievance was denied by the counselor. i dont believe that was the right decision about my M.P.3 player. it should be fixed due to staff conduct. chief administrative officers

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Kendrick Jackson | R47228 | 2 / 13 / 18 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: ___ / ___ / ___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

| Date Received: ___ . ___ . ___ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| Chief Administrative Officer's Signature | | Date |
|---|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

in Seg. i paid 75 dollars for my m.P.3. Player and it was in perfect condition. i dont have that kind of money to waste and i only receive Financial Support from my family's every once in a while. Now when the officers brought me my property on 12-9-17 the inventory sheet showed that my m.P.3. Player had a cracked screen. the officers that shook down my cell need to be interviewd about my m.P.3. Player, and they will tell you that they accidentally cracked the screen on my m.P.3. Player. i Just want it fixed. i dont have to have a New one. all i want is my m.P.3. Player screen fixed the way it was before the Shakedown. i had no other choice but to Sighn for my property because i had been in Seg for almost 2 weeks without any hygene products. and i thought that the internal staff would follow up on fixing my m.P.3. Player screen. i dont have the money to buy me a New one and i shouldnt be held responsible to buy a New m.P.3. Player because i didnt crack the screen on the m.P.3. Player. So Please help me get my m.P.3 Player screen fixed and please interview the officers that shook down my cell in the North 1 uppers cell 805 on the night of 11-28-17. thank you for your time and God bless.

Exhibit T

FEB 22 2018
Duplicate

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 2-14-18 | Offender: (Please Print) Kendrick Jackson | | ID#: R47228 |
|---|---|---|---|
| Present Facility: North 2 Cell 648 | | Facility where grievance issue occurred: North 1 uppers Cell 825 | |

**NATURE OF GRIEVANCE:**

280-2-18 (2)

| | | |
|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ ADA Disability Accommodation |
| ☑ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☑ Other (specify): |

☐ Disciplinary Report: 11 / 28 / 17          North 1 uppers Cell 825
                     Date of Report              Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

My disciplinary report and summary was expunged by springfield on 1-30-18 and i should be out of Seg by now i have been back here for 80 days for something that i didn't do. i put in a Grievance to spring field and they sent me a letter back letting me know that the Grievance was (Griff) affirmed and the disciplinary report and summary was expunged from my master file records. i need to get out of Seg so that i can call my wife and daughter. i need to talk to them about something important but i can't do it until i get out of Seg, please get me from back here soon as possible. i don't bother anybody and i try to follow the rules.

**Relief Requested:** I request a relief do to the fact that springfield expunged my disciplinary report on 1-30-18, and it's 2-14-18 and im still in Seg, i should be in population lower in A-Grade ans my aggression level should be back at 5 with no more weapons violator tag on my record

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Kendrick Jackson | R47228 | 2-14-18 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

| **Counselor's Response** (if applicable) | |
|---|---|
| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____

| _____ | _____ | ___/___/___ |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

Moot PG 2          **EMERGENCY REVIEW**          E62 #2

| Date Received: 2, 26, 18 | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| J.X | 2, 26, 18 |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender          Page 1          DOC 0046 (8/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

to the best of my ability. can you please send me back to the north 1 uppers or the south lowers. im 41 years old and i have been incarcerated for 16 years without any trouble. i just got caught up in the wrong situation at the wrong time. i did nothing wrong to be in seg and springfield agreed with me when they expunged my disciplinary report. can you please put me back in A-Grade soon as possible and can you please take the weapons violator tag off of my records and my I.D. i need that title expunged from my masterfile records soon as possible. im tired and i have suffered back here for 80 days for something i didn't do. please get me from back here soon as possible and put me back in population. thank you for your time and please send me back to North1 uppers or the south Lowers. thank you.

Page 2

DOC 0046 (8/2012)

Exhibit 4

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

W12

| Date: 3-7-18 | Offender: (Please Print) Ihendrick Jackson | ID#: R47228 |

| Present Facility: Westhouse cell 121 | Facility where grievance issue occurred: Westhouse cell 121 |

147.3.18

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): retaliation by staff

- [ ] Disciplinary Report: ____/____/____
Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

The office of springfield sent me a letter informing me that my ticket got expunged on the 30th of january. i got out of seg expecting to go back to the north1 4ppers. my agression level had went back down to a 5 low and i was taken off of stripes. i was moved to the easthouse and i feel i was being retaliated against especially since i did nothing wrong to be placed in the easthouse. i beat my ticket and my agression level was to low to be placed in a high agression cellhouse. i wrote the warden, the counselor, lieutenant, and the major. i also filed a grievance to get out of the easthouse so that i could go to the south house or the northhouse. i was sent to the westhouse on the 6th of

**Relief Requested:** I ask to be moved to the south house or to north1 since my agression level is a 5 low. i ask not to be retaliated against by anyone who is a staff member or employee at menard correctional center. please answer my relief request A.S.A.P.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____  _____  ____/____/____
Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)

Date Received: 3/8/2017   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: This is a duplicate grievance. It was previously addressed in grievance Number 76-3-18.

R Vallery CCII            R Vey CCII        3/8/2017
Print Counselor's Name      Counselor's Signature   Date of Response

**EMERGENCY REVIEW**

Date Received: ____/____/____   Is this determined to be of an emergency nature?
[ ] Yes: expedite emergency grievance
[ ] No: an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____  ____/____/____
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender         Page 1         DOC 0046 (8/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

march. So i was placed in another high agression cell house, i dont understand why im being treated this way, i feel like im being retaliated against Since i beat my ticket, i wasnt suppose to be in Seg in the first place especially, since i did nothing wrong and springfeild agreed with me, now im once again in a highly agressive cell house, i shouldnt be baced here i have no disciplinary history and i dont cause trouble, i should be in a low agression cell house So i dont know what else i have to do to be placed in the south house or the northhouse, i shouldnt be retaliated against like this, i just want to be treated fair, i could see if i was a trouble maker of a staff assaulter but i am neither of those things, so im writing this grievance as a result of the retaliation that im going though, so that it can be on record for any future problems, i wrote the Lieutenant and the major and now im writing a grievance. So hopefully i can get some kind of results that will get me moved to a low agression cell house, i ask once again that the warden or placement could have me moved to the south house or to north1 where i came from, i was in the same cell in north1 upper for ten years without any trouble until i got caught up with something that my celly had under his mattress, springfeild cleared me of those charges because i didnt do it, so i should have been placed back into the north1 cell house. So i respectfully asks if i could be moved to the south house or to north1. thank you for your time and God bless.

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**                    *N-1-21*

EXhibit V

| **Grievance Officer's Report** |
|---|

Date Received: February 14, 2018        Date of Review: March 9, 2018        Grievance # (optional): 218-12-17

Offender: Jackson, Kendrick                                    ID#: R47228

Nature of Grievance: MP3 Player

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted a grievance dated 12/10/2017 and grieves that on 11/28/17 on a routine shakedown his MP3 player screen was cracked by accident by the shakedown officers. The officers took offender's name and number down and said that they would report it and try to get it fixed.

Relief requested: He requested a relief due to the fact that my grievance was denied by the counselor. He doesn't believe that it was the right decision about his MP3 player and it should be fixed due to staff conduct.

Counselor responded on 1/24/2018 – Per Property, offender received and signed for his property on 12/9/17 with the knowledge that the MP3 was broken/scratched. I also pulled the inventory sheet and it showed it. Unable to verify who or how it (MP3) player was broken/scratched because it came to Property that way.

Grievance Office reviewed on 3/9/2018 – Counselor responded appropriately. Grievance Office verified that Property Inventory had marked the MP3 with charger and earbud has crack screen. Offender signed for inventory on 12/9/17. Proper documentation was done for contraband found on date in question, no broken MP3 screeen was noted. Unable to substantiate MP3 screen was broken by staff during shakedown on 11/28/17.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be DENIED. Unable to substantiate items were taken as shakedown slip was marked clean.

_Larissa Wandro_ - _Menard Correctional Center_                    *Larissa Wandro*
Print Grievance Officer's Name                                    Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, Including counselor's response if applicable)**

| **Chief Administrative Officer's Response** |
|---|

Date Received: March 15, 2018        ☑ I concur        ☐ I do not concur        ☐ Remand

Comments:

_____                                    3/16/18
Chief Administrative Officer's Signature                                    Date

| **Offender's Appeal To The Director** |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____        _____        _____
Offender's Signature                    ID#                    Date